UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTINE D.,[1] )<br><br>Plaintiff, )<br><br>v. )<br><br>FRANK BISIGNANO, )<br><br>Defendant. ) | No. 3:25-cv-00077-RLY-CSW |

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff suffers from a variety of ailments, including chronic obstructive pulmonary disease, emphysema, lumbar spine degenerative disease, sacroiliitis, and high blood pressure. An ALJ ruled that she was not disabled. The Appeals Council denied review, making the ALJ's decision the final decision of the Commissioner.

Plaintiff filed a request for judicial review of the final decision of the Commissioner of Social Security Administration denying her Title XVI Supplemental Security Income Benefits under 42 U.S.C. § 1383(c)(3). The court referred the matter to the Magistrate Judge, who recommends that this court affirm the Commissioner. Plaintiff objects, arguing that the Magistrate Judge erred by finding that: (1) the ALJ properly accounted for Plaintiff's physical impairments when he formulated Plaintiff's RFC to

---

[1] To protect the privacy interest of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

1

perform light work; (2) Plaintiff's mental impairments were nonsevere and did not warrant RFC limitations on social interaction, adaptation, and off-task behavior; and (3) the ALJ's evaluation of Plaintiff's subjective statements was not patently wrong.

The court reviews objections to a magistrate judge's recommended disposition *de novo*. Fed. R. Civ. P. 72(b)(3). The court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

The court, having thoroughly reviewed the Magistrate Judge's Report and Recommendation, the underlying briefs, Plaintiff's objections, the Commissioner's response, the designated evidence, and the applicable law, **OVERRULES** Plaintiff's objections and **ADOPTS** the Report and Recommendation (Dkt. 17). The Commissioner's decision denying benefits is **AFFIRMED**. Judgment shall issue by separate Order.

**IT IS SO ORDERED** this 10th day of April 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.